## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    RONA L. THORN
          AKA: FKA RONA L. MAGARO


                Debtor(s)

                                        CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
                Movant                    CASE NO: 1-13-04079-HWV

vs.

RONA L. THORN
AKA: FKA RONA L. MAGARO


                Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on December 12, 2018, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                              Respectfully submitted,

                              s/   Charles J. DeHart, III
                              Charles J. DeHart, III, Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA  17036
                              Phone:  (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    RONA L. THORN
          AKA: FKA RONA L. MAGARO

                CHAPTER 13

          Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE          CASE NO: 1-13-04079-HWV
                Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| January 9, 2019  at 9:00 am | January 9, 2019 at 09:35 AM |
| Bankruptcy Courtroom | Bankruptcy Courtroom |
| Ronald Reagan Federal Bldg | Ronald Reagan Federal Bldg |
| 3rd Floor, 228 Walnut Street | 3rd Floor, 228 Walnut Street |
| Harrisburg, PA 17101 | Harrisburg, PA 17101 |

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee DeHart's office.

                **PLAN BALANCE DUE:  $ 198.00**

         **TOTAL AMOUNT DUE BEFORE CONFERENCE/HEARING DATE:  $198.00**

**NOTE:**
      **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

      **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

      If **submitting payment by U.S. First Class Mail** mail to**:**
          **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

      If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to

be applied.

2.      You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.      You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  December 12, 2018

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   RONA L. THORN
            AKA: FKA RONA L. MAGARO

                                 CHAPTER 13

            Debtor(s)

            CHARLES J. DEHART, III            CASE NO: 1-13-04079-HWV
            CHAPTER 13 TRUSTEE
                    Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 12, 2018, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

ROBERT E. CHERNICOFF, ESQUIRE            Served electronically
2320 NORTH SECOND STREET
P.O. BOX 60457
HARRISBURG, PA  17106-

RONA L. THORN                              Served by 1st Class Mail
596 MAGARO ROAD
ENOLA, PA  17025

United States Trustee
228 Walnut Street
Suite 1190                                     Served electronically
Harrisburg, PA  17101

I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 12, 2018               Liz Joyce
                                         for Charles J. DeHart, III, Trustee
                                         Suite A, 8125 Adams Dr.
                                         Hummelstown, PA  17036
                                         Phone:  (717) 566-6097
                                         eMail: dehartstaff@pamd13trustee.com

IN RE:   RONA L. THORN
          AKA: FKA RONA L. MAGARO

                                    CHAPTER 13

          Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
              Movant                      CASE NO: 1-13-04079-HWV

          vs.

          RONA L. THORN                        MOTION TO DISMISS
          AKA: FKA RONA L. MAGARO

## ORDER DISMSSING CASE

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.