```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                        Case No. 13-04079-HWV
Rona L. Thorn                                                 Chapter 13
       Debtor                  CERTIFICATE OF NOTICE
District/off: 0314-1           User: CGambini              Page 1 of 2                  Date Rcvd: Apr 05, 2019
                               Form ID: 3180W              Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2019.
db             +Rona L. Thorn,    596 Magaro Road,    Enola, PA 17025-2945
4403622        +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
4358452        +CUMBERLAND COUNTY TAX CLAIM,    1 COURTHOUSE SQUARE,    CARLISLE, PA 17013-3339
4389751        +PNC BANK, NATIONAL ASSOCIATION,    c/o PNC Mortgage,    Attn: Bankruptcy Department,
                 3232 Newmark Drive,    Miamisburg, OH 45342-5433
4401379        +PNC BANK, NATIONAL ASSOCIATION,    Attn: Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
4358462        +PNC MORTGAGE,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5433
4358464        +SECRETARY OF THE TREASURY,    15TH AND PENN AVENUES NW,    WASHINGTON, DC 20220-0001
4358466        +STEVEN GOULD, ESQUIRE,    OFFICE OF ATTORNEY GENERAL,    FINANCIAL ENFORCEMENT SECTION,
                 HARRISBURG, PA 17120-0001
4358467         UNITED STATES ATTORNEY,    HARRISBURG FEDERAL BUILDING,    P.O. BOX 11754,
                 HARRISBURG, PA 17108-1754
4358468         US DEPT OF JUSTICE,    950 PENNSYLVANIA AVE NW,    WASHINGTON, DC 20530-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: PRA.COM Apr 05 2019 23:18:00     PRA Receivables Management LLC,    PO Box 41067,
                 Norfolk, VA 23541-1067
4404495        +E-mail/Text: bncmail@w-legal.com Apr 05 2019 19:17:41     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4360981         EDI: AIS.COM Apr 05 2019 23:18:00     American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
4358448        +EDI: CAPITALONE.COM Apr 05 2019 23:18:00     CAP ONE,    PO BOX 30253,
                 SALT LAKE CITY, UT 84130-0253
4358449        +EDI: CAPITALONE.COM Apr 05 2019 23:18:00     CAPITAL ONE,    P.O. BOX 30281,
                 SALT LAKE CITY, UT 84130-0281
4358450        +E-mail/Text: bankruptcy@cavps.com Apr 05 2019 19:17:43     CAVALRY PORTFOLIO SVCS,
                 P.O. BOX 27288,    TEMPE, AZ 85285-7288
4358451        +EDI: CHASE.COM Apr 05 2019 23:18:00     CHASE BANK USA, NA,    P.O. BOX 15298,
                 WILMINGTON, DE 19850-5298
4363352        +E-mail/Text: bankruptcy@cavps.com Apr 05 2019 19:17:43     Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
4358453        +EDI: RMSC.COM Apr 05 2019 23:18:00     GE/JCPENNEY,    P.O. BOX 965007,    ORLANDO, FL 32896-5007
4358454         EDI: RMSC.COM Apr 05 2019 23:18:00     GEMB/OLD NAVY,    P.O. BOX 965005,
                 ORLANDO, FL 32896-5005
4358455        +EDI: CITICORP.COM Apr 05 2019 23:18:00     HOME DEPOT/CITIBANK,    P.O. BOX 6497,
                 SIOUX FALLS, SD 57117-6497
4358456         EDI: IRS.COM Apr 05 2019 23:18:00     INTERNAL REVENUE SERVICE,    PO BOX 7346,
                 PHILADELPHIA, PA 19101-7346
4358458        +E-mail/Text: unger@members1st.org Apr 05 2019 19:17:49     MEMBERS FIRST FCU,
                 5000 LOUISE DRIVE,    MECHANICSBURG, PA 17055-4899
4363491         EDI: MERRICKBANK.COM Apr 05 2019 23:18:00     MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
4358459        +EDI: MERRICKBANK.COM Apr 05 2019 23:18:00     MERRICK BANK,    10705 S JORDAN GAT,    SUITE 200,
                 SOUTH JORDAN, UT 84095-3977
4358460        +EDI: MID8.COM Apr 05 2019 23:18:00     MIDLAND FUNDING LLC,    8875 AERO DRIVE, SUITE 200,
                 SAN DIEGO, CA 92123-2255
4358461         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 05 2019 19:17:38     PA DEPARTMENT OF REVENUE,
                 DEPARTMENT 280946,    ATTN BANKRUPTCY DIVISION,    HARRISBURG, PA 17128-0946
4358463         EDI: PRA.COM Apr 05 2019 23:18:00     PORTFOLIO RECOVERY,    120 CORPORATE BLVD,
                 NORFOLK, VA 23502
4417725         EDI: PRA.COM Apr 05 2019 23:18:00     Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk, VA 23541
4506492         EDI: PRA.COM Apr 05 2019 23:18:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
4506493         EDI: PRA.COM Apr 05 2019 23:18:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
                                                                                              TOTAL: 21

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4358465         SHELBY M. HAWK
4358457*        INTERNAL REVENUE SERVICE,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor   PNC MORTGAGE, A DIVISION OF PNC BANK, NA
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    PNC MORTGAGE, A DIVISION OF PNC BANK, NA
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Robert E Chernicoff    on behalf of Debtor 1 Rona L. Thorn rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Thomas I Puleo    on behalf of Creditor    PNC MORTGAGE, A DIVISION OF PNC BANK, NA
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 7
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Rona L. Thorn** | Social Security number or ITIN  xxx–xx–1422 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **1:13–bk–04079–HWV** | |

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Rona L. Thorn
  fka Rona L. Magaro

  4/5/19

**By the court:**

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: CGambini, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                            **Chapter 13 Discharge**                                   page 1

Case 1:13-bk-04079-HWV   Doc 60   Filed 04/07/19   Entered 04/08/19 00:33:15   Desc
Imaged Certificate of Notice   Page 3 of 4

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**